## 57496. BANKS v. DALBEY.

SMITH, Judge.

On certiorari to the Supreme Court, this case was reversed. Therefore, *Banks v. Dalbey,* 150 Ga. App. 779 (258 SE2d 701) (1979), is vacated and the decision of the Supreme Court in *Dalbey v. Banks,* 245 Ga. 162 (264 SE2d 230) (1980), is adopted as the decision of this Court.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED MARCH 13, 1979 — DECIDED
JULY 15, 1980.

*E. Graydon Shuford,* for appellant.
*Robert G. Tanner, Sidney F. Wheeler,* for appellee.